| | |
|---|---|
| 1 | Hillary Arrow Booth (SBN 125936) |
| | hbooth@boothllp.com |
| 2 | Ian P. Culver (SBN 245106) |
| | iculver@boothllp.com |
| 3 | BOOTH LLP |
| | 12100 Wilshire Blvd., Suite 800 |
| 4 | Los Angeles, CA 90025 |
| | Telephone: (310) 641-1800 |
| 5 | Facsimile: (310) 641-1818 |
| 6 | Attorneys for Defendant |
| | UPS GROUND FREIGHT, INC. |
| 7 | dba UPS FREIGHT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a corporation, | Case No. 12-cv-06440-SI |
|---|---|
| | Related Case: 13-cv-01088-SI |
| Plaintiff, | District Judge Susan Illston |
| v. | **JOINT STIPULATION AND [P~~ROPOSE~~D] ORDER FOR TRANSFER** |
| UPS GROUND FREIGHT, INC. dba UPS FREIGHT, a corporation, | [N.D. Cal. L.R. 3-14, 7-12] |
| Defendant. | |
| | Case Filed: December 20, 2012 |
| | Trial Date: None Set |

Defendant UPS Ground Freight, Inc. dba UPS Freight ("Defendant") and Plaintiff Indemnity Insurance Company of North America ("Plaintiff") jointly and through their counsel stipulate as follows:

**WHEREAS** Defendant has moved for an order dismissing or transferring these actions, the hearing on such motion to take place on June 21, 2013;

**WHEREAS** Plaintiff has filed an opposition to the above-referenced motion;

1

**JOINT STIPULATION AND [PROPOSED] ORDER FOR TRANSFER**

**WHEREAS** Plaintiff contends there is a nexus with New Jersey because the Plaintiff's subrogee, GE, is headquartered in New Jersey, and Defendant does not dispute that contention;

**WHEREAS** in the interest of economy and the convenience of witnesses, Plaintiff and Defendant now desire that the case be transferred to the United States District Court for the District of New Jersey – Newark,

**THEREFORE** the parties stipulate as follows:

1. Case No. 12-cv-06440-SI and Related Case 13-cv-01088-SI are transferred from the United States District Court for the Northern District of California to the United States District Court for the District of New Jersey – Newark;

2. Defendant's motion to dismiss/transfer is hereby withdrawn, and Defendant agrees not to contest venue in the United States District Court for the District of New Jersey – Newark;

3. The Clerk of the Court shall address and take the necessary actions pursuant to this Order to effectuate the transfer of the entire case and case file in the matters entitled, Indemnity Insurance Company of North America v. UPS Ground Freight, Inc. d/b/a UPS Freight, Civil Action No. 12-cv-6440 and the related case, Indemnity Ins. Co. v. UPS Ground Freight, Civil Action No. 13-cv-1088, from the United States District Court for the Northern District of California to the United States District Court for the District of New Jersey – Newark; and

4. All further proceedings in this case and the related case are vacated and, upon successful transfer, such cases are closed.

**IT IS SO STIPULATED.**

DATED: June 7, 2013                BOOTH LLP


By: */s/ Hillary Arrow Booth*
    Hillary Arrow Booth
    Ian P. Culver
    Attorneys for Defendant

1
2  DATED:  June 7, 2013                              GIBSON ROBB & LINDH LLP
3
4                                                    By: */s/ Joshua A. Southwick*
5                                                         G. Geoffrey Robb
                                                          Joshua A. Southwick
6                                                         Attorneys for Plaintiff

   Mr. Southwick has authorized this filing.
7
8
9
10                     **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**
11
              6/11/13
12   DATED: _____          _____
13                                              United States District Judge
14

3
**JOINT STIPULATION AND [PROPOSED] ORDER FOR TRANSFER**